UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRACY AYNES,<br><br>       Plaintiff,<br><br>       v.<br><br>KELLOGG SNACK COMPANY,<br><br>       Defendant. | No. C07-05623 RBL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE DISCOVERY DEADLINE AND EXPERT WITNESS DISCLOSURE** |

THIS MATTER came before this court on Plaintiff's Motion to Continue Discovery Deadline and Expert Witness Disclosure. The court considered Plaintiff's motion, including the Declaration of Anne-Marie Sargent; Defendant's response, including the Declaration of Joanna Silverstein; and Plaintiff's reply, including the Second Declaration of Anne-Marie E. Sargent. Being fully advised in the premises, it is hereby

ORDERED that the discovery deadline in this case shall be continued to December 5, 2008, and that the deadline for disclosing Plaintiff's expert's report shall be continued to September 5, 2008. The remaining deadlines in this case shall remain in place. It is hereby further

ORDER GRANTING PLAINTIFF'S MOTION TO
CONTINUE DISCOVERY DEADLINE AND
EXPERT DISCLOSURE - 1

**CONNOR & SARGENT** PLLC
1200 Fifth Avenue, Suite 1650
Seattle WA 98101
(206) 654-5050 • FAX (206) 654-0011

ORDERED that Defendant shall produce the employee benefits information necessary for Plaintiff's expert to complete his report by July 28, 2008.

DONE this 25th day of July, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

CONNOR & SARGENT PLLC

By/s/Anne-Marie E. Sargent_____
    Stephen P. Connor, WSBA No. 14305
    Anne-Marie E. Sargent, WSBA No. 27160
    Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION TO
CONTINUE DISCOVERY DEADLINE AND
EXPERT DISCLOSURE - 2

**CONNOR & SARGENT** PLLC
1200 Fifth Avenue, Suite 1650
Seattle WA 98101
(206) 654-5050 • FAX (206) 654-0011