07-CV-05623-ORD

FILED _____ LODGED
_____ RECEIVED

NOV 1 1 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TRACY AYNES, | No. C07-05623 RBL |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** |
| v. | [~~PROPOSED~~] |
| KELLOGG SNACK COMPANY, | |
| Defendant. | |

THIS MATTER came before this court on Plaintiff's Motion for a Protective Order. The court considered Plaintiff's motion, including the Declarations of Anne-Marie Sargent and Tracy Aynes; Defendant's response and supporting declarations; and Plaintiff's reply. Being fully advised in the premises, it is hereby

ORDERED that Plaintiff motion for a protective order is GRANTED. Defendant shall have no contact with Plaintiff's current employer.

ORDER GRANTING PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER - 1

CONNOR & SARGENT PLLC
1200 Fifth Avenue, Suite 1650
Seattle WA 98101
(206) 654-5050 • FAX (206) 654-0011

1  DONE this 10th day of November, 2008.

							_____
							The Honorable Robert B. Leighton

Presented by:

CONNOR & SARGENT PLLC


By /s/Anne-Marie E. Sargent
   Stephen P. Connor, WSBA No. 14305
   Anne-Marie E. Sargent, WSBA No. 27160
   Attorneys for Plaintiff

ORDER GRANTING PLAINTIFF'S MOTION FOR
PROTECTIVE ORDER - 2

CONNOR & SARGENT PLLC
1200 Fifth Avenue, Suite 1650
Seattle WA 98101
(206) 654-5050 • FAX (206) 654-0011